510

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ELIJAH COX, JR., DEFENDANT-PETITIONER.

See same case below: 101 *N. J. Super.* 470.

*Mr. Stanley C. Van Ness* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

March 11, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ELWOOD RONALD WISE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. Robert H. Doherty, Jr.* and *Mr. Alan J. Pogarsky* for the respondent.

March 11, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CURTIS MORGAN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

March 11, 1969. Denied.